IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                CASE NO: 10-31763
                                                                      CHAPTER 7

    GUSTIN, JOHN CARLTON
    GUSTIN, SHANNON

           Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

    Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

    The Trustee filed a Report and Notice of Intent to Sell Property of the Estate, private sale to debtor for his 19% interest in Seaside Engineering and Surveying, Inc.  The Trustee received a higher bid within the 21 day objection period which resulted in the telephonic auction and the highest bid was not the debtor.

    The Court signed an Order on April 25, 2011 authorizing the Trustee to disburse funds back to debtor for his unsuccessful bid in the amount of $2,000.00.  A check was mailed to John and Shannon Gustin, 1200 Sly Drive, Baker, Florida, 32531 on August 29, 2011 and has neither been returned or negotiated.

    Dated this 30th day of November, 2011.

                                                     /s/ Sherry F. Chancellor
                                                     Sherry F. Chancellor, Trustee
                                                     619 West Chase Street
                                                   Pensacola, Florida 32502
                                                   (850) 436-8445
                                                   Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon John and Shannon Gustin, 1200 Sly Drive, Baker, Florida and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 30th day of November, 2011.

        /s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee